STATE of Missouri, Plaintiff/Respondent,

v.

Edward HARRISON, Defendant/Appellant.

No. 73165.

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 3, 1998.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before SIMON, P.J., and CRANE and MOONEY, JJ.

*ORDER*

PER CURIAM.

Defendant Edward Harrison appeals from the judgment entered on his conviction by a jury of violating an order of protection, in violation of Section 455.085 RSMo (1994). He was sentenced as a prior and persistent offender to a term of three years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).